Joseph Shapiro (13584)
STRONG & HANNI, P.C.
102 S 200 E, Suite 800
Salt Lake City, UT 84111
801-323-2131
jshapiro@strongandhanni.com

### IN THE UNITED STATES DISTRICT COURT FOR THE
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| TATUYOU, LLC, a Minnesota limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SANIDERM MEDICAL, LLC, a Utah limited liability company,<br><br>Defendant. | **ORDER GRANTING EX PARTE MOTION TO RECOGNIZE SERVICE**<br><br>Case No.: 2:19-cv-00633-CMR<br><br>Judge: Cecilia M. Romero |

This matter comes before the Court on Plaintiff's *Ex Parte Motion to Recognize Service*. Having reviewed the Motion, and being fully informed in the premises, and good cause appearing therefor, IT IS HEREBY ORDERED:

[ ] Service upon Defendant Saniderm Medical, LLC was effective on _____, 2019, and Plaintiff shall serve a copy of this Order by U.S. First Class Mail, U.S. Certified Mail no later than _____, 2019. Defendant's Answer or other Responsive Pleading shall be due _____, 2019.

[ ] Plaintiff shall serve Saniderm in the following manner::

_____

_____

Date this _____ day of _____, 2019.

_____
Cecilia M. Romero, U.S. District Judge