Robert E. Aycock (8878)
William B. Chadwick (16416)
**KIMBALL ANDERSON**
649 E. South Temple, 2nd Floor
Salt Lake City, UT 84102
(801) 359-3333
robert@kimballanderson.com
will@kimballanderson.com

*Attorneys for Saniderm Medical, LLC*

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| TATUYOU, LLC, a Minnesota limited liability company,<br><br>Plaintiff,<br><br>v.<br><br><br>SANIDERM MEDICAL, LLC, a Utah limited liability company.<br><br><br>Defendant. | **CHANGE OF CORRESPONDENCE ADDRESS**<br><br>**(William Chadwick)**<br><br><br>Case No. 2:19-cv-00633<br><br><br>Judge: Hon. Clark Waddoups |

Notice is hereby given that the undersigned attorney of record, William Chadwick, has recently left the law firm of PIA HOYT, LLC and has joined the law firm of **KIMBALL ANDERSON**. Mr. Chadwick continues to represent Saniderm Medical, LLC in the above-captioned matter. Please direct all future correspondence and notices to the address below:

/ / /

/ / /

William Chadwick
will@kimballanderson.com
**KIMBALL ANDERSON**
649 E. South Temple, 2nd Floor
Salt Lake City, UT 84102
(801) 359-3333

DATED this 12th day of January 2021.

                                                KIMBALL ANDERSON

                                                */s/ William B. Chadwick*
                                                William B. Chadwick

                                                *Attorney for Saniderm Medical, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2021, I caused a true and correct copy of the foregoing **NOTICE OF CHANGE OF FIRM AND CORRESPONDENCE ADDRESS (William Chadwick)** to be filed via the Court's CM/ECF system and served via email on all counsel of record.

*/s/ William B. Chadwick*