Robert E. Aycock (8878)
William B. Chadwick (16416)
**KIMBALL ANDERSON**
649 E. South Temple, 2nd Floor
Salt Lake City, UT 84102
(801) 359-3333
robert@kimballanderson.com
will@kimballanderson.com

*Attorneys for Saniderm Medical, LLC*

---

## IN THE UNITED STATES DISTRICT
## COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| TATUYOU, LLC, a Minnesota limited liability company, <br><br> Plaintiff, <br><br> v. <br><br><br> SANIDERM MEDICAL, LLC, a Utah limited liability company. <br><br><br> Defendant. | **JOINT MOTION TO MODIFY SCHEDULING ORDER** <br><br><br><br> Case No. 2:19-cv-00633 <br><br> Judge: Hon. Clark Waddoups |

Defendant and Counterclaim-Plaintiff Saniderm Medical, LLC ("***Saniderm***") and Plaintiff and Counterclaim-Defendant Tatuyou, LLC ("***Tatuyou***") and jointly move to modify the scheduling order to extend the close of fact discovery until March 19, 2021 and all other deadlines as set forth in the accompanying proposed scheduling order. This modification will allow the parties to complete discovery.

DATED this 13th day of September 2021.

/s/ William B. Chadwick

Robert E. Aycock
William B. Chadwick
KIIMBALL ANDERSON

*Attorneys for Defendant Saniderm Medical, LLC*

/s/ Joseph Shapiro

Dustin R. DuFault
DUFAULT LAW FIRM

Joseph Shapiro
STRONG & HANNI, P.C.

*Attorneys for Plaintiff Tatuyou, LLC*

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on January 13, 2021, a true and correct copy of the foregoing **JOINT**

**MOTION TO MODIFY SCHEDULING ORDER** was filed using the Court's e-filing service

which served by email to the following:

Joseph Shapiro (13584)
STRONG & HANNI, P.C.
102 S 200 E, Suite 800
Salt Lake City, UT 84111
801-323-2131
jshapiro@strongandhanni.com

Dustin R. DuFault (*pro hac vice*)
DUFAULT LAW FIRM, P.C.
PO Box 1219
Minnetonka, Minnesota 55345
952-935-4392
DDuFault@DuFault-Law.com

*/s/ William B. Chadwick*
William B. Chadwick